Frank Serapiglia, Appellant, *v.* Santini Bros. Inc., Respondent.

Argued February 23, 1954; decided April 8, 1954.

*Benjamin H. Siff* and *William Kerwick* for appellant.

*George A. Garvey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.